## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL ARBITRATION FORUM LITIGATION | No. 09-1939 (PAM/JSM) |
| THIS DOCUMENT RELATES TO: Kuntz v. National Arbitration Forum, Inc., et al. Civil No. 09-1949 (PAM/JSM) | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rebecca Kuntz voluntarily dismisses the above-captioned action without prejudice.

Dated:  November 20, 2009                    s/Daniel E. Gustafson

| | |
|---|---|
| Dianne M. Nast | Daniel E. Gustafson (#202241) |
| Joseph F. Roda | Karla M. Gluek (#238399) |
| Jennifer S. Snyder | Michelle J. Looby (#0388166) |
| RODANAST, P.C. | GUSTAFSON GLUEK PLLC |
| 801 Estelle Drive | 650 Northstar East |
| Lancaster, Pennsylvania 17601 | 608 Second Avenue South |
| Tel:  (717) 892-3000 | Minneapolis, Minnesota  55402 |
| Fax:  (717) 892-1200 | Tel: (612) 333-8844 |
| dnast@rodanast.com | Fax: (612) 339-6622 |
| jroda@rodanast.com | dgustafson@gustafsongluek.com |
| jsnyder@rodanast.com | kgluek@gustafsongluek.com |
| | mlooby@gustafsongluek.com |

16344

| | |
|---|---|
| Michael L. Roberts<br>Richard Quintas<br>Emily A. Neal<br>ROBERTS LAW FIRM, P.A.<br>P.O. Box 241790<br>20 Rahling Circle<br>Little Rock, Arkansas 72223<br>Tel:  (501) 821-5575<br>Fax:  (501) 821-4474<br>robertslawfirm@aristotle.net | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Rachel J. Geman<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, California  94111<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br>ecabraser@lchb.com<br>kdermody@lchb.com<br>rgeman@lchb.com<br><br>*Attorneys for Plaintiff Rebecca Kuntz* |